Ignazio Danile et al., appellees, v. Society San Biagio of St. Biagio Platani, also known as Societa San Biagio Platani, appellant. Gen. No. 40,307.

Opinion filed March 29, 1939.

Gans Mazzone, for appellant; Clarence M. Shapiro and Earl V. Cates, of counsel. Leo L. Donohoe, for appellees; Maurice R. Marchello, of counsel.

Mr. Presiding Justice D. E. Sullivan delivered the opinion of the court.

H. McFarlane and Company, appellee, v. Beloit Dairy Company, appellant. Gen. No. 40,317.

Opinion filed March 29, 1939.

Rehearing denied April 12, 1939.

Ryan, Condon & Livingston, for appellant; N. S. Channin, of counsel. Heile, Cavender, Milchrist & Kaiser, for appellee.

Mr. Presiding Justice D. E. Sullivan delivered the opinion of the court.

Ford Roofing Products Company, appellee, v. Gerald P. Servatius et al. Appeal of Richard J. Fitzpatrick et al., appellants. Gen. No. 40,329.

Opinion filed March 29, 1939.

Tage Joranson, for appellants. Marcus L. Silver, for appellee.

Mr. Presiding Justice D. E. Sullivan delivered the opinion of the court.

Joseph Fisher and Lafayette Fisher, trading as Fisher and Fisher, appellees, v. Max Rosenberg, defendant, and Ravenswood Apartment Corporation, appellant. Gen. No. 40,338.

Opinion filed March 29, 1939.

Harvey M. Rawson, for appellant. Arthur S. Flank, for appellees.

Mr. Presiding Justice D. E. Sullivan delivered the opinion of the court.